IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02097-LTB

DARRELL K. SCOTT,
    Plaintiff,

v.

JOHN HICKENLOOPER,
TOM CLEMENTS,
REA TIMME,
DAVID TESSLER,
JOHN V. BUGLEWICZ, M.D.,
JAY A. RICHTER, M.D.,
MIKE STIEHL,
ALANO MAYES,
RODNEY ACHEN,
DANIEL BRATINA,
JOHN DOE #1, and
JOHN DOE #2,
    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 14, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 14 day of February, 2013.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/ S. Grimm
                                  Deputy Clerk